GUS BONAPARTE, Respondent, v. ISAAC SCHWARTZ, Appellant.  (Action No. 1.) IKE SCHWARTZ, Appellant, v. GUS BONAPARTE, Respondent.   (Action No. 2.) MILTON STOLER, as Administrator of the Estate of LENA S. SCHWARTZ, Deceased, Appellant, v. GUS BONAPARTE, Respondent.   (Action No. 3.) — Order affirmed, without costs of this appeal to any party.  All concur.  (Appeals by defendant in Action No. 1 and by plaintiff in Actions Nos. 2 and 3, from an order of Onondaga Special Term granting a cross motion by plaintiff in Action No. 1 to consolidate the actions, with place of trial in Onondaga County.)   Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

In the Matter of EMILE W. ASTMAN, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Motion for a stay granted.

■

In the Matter of HARRY L. ALPERT, Appellant, against BOARD OF GOVERNORS OF THE CITY HOSPITAL OF FULTON, Respondent.— Motion for a stay granted. All concur, except Vaughan and Van Duser, JJ., who dissent and vote to deny the stay.  (See *Van Campen* v. *Olean Gen. Hosp.,* 210 App. Div. 204.)    Present —McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.